# UNITED STATES BANKRUPTCY COURT
## Eastern District of California, Sacramento Division

## REISSUED SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING

| In re<br><br>Senior Care Advocates, Inc.<br><br>Debtor(s). | Bankruptcy Case No.<br><br>09-37259 - C - 7 |
|---|---|
| Joyce Abbott<br>et al. *(Complete list of plaintiffs attached)*<br><br>Plaintiff(s),<br><br>v.<br>Senior Care Advocates, Inc.<br><br>Defendant(s). | Adversary Proceeding No.<br><br>09-02704 - C |

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint that is attached to this summons with the Clerk of the U.S. Bankruptcy Court, 501 I Street, Suite 3-200, Sacramento, California 95814-2322, within 30 days after the date this summons is issued, except that the United States and its officers and agencies shall file a motion or answer within 35 days.

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney (or if the plaintiff is not represented by an attorney, upon the plaintiff) whose name and address is:

| Name and Address of Plaintiff's Attorney: | Mark A. Redmond<br>1819 K St #200<br>Sacramento, CA 95811 |
|---|---|

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**YOU ARE NOTIFIED** that a status conference in this adversary proceeding will be held as follows:

| Date and Time: | January 12, 2010 at 1:30 p.m. |
|---|---|
| Address: | United States Bankruptcy Court<br>Department C, Courtroom 35, 6th Floor<br>501 I Street<br>Sacramento, CA |

Attorneys of record in the adversary proceeding and unrepresented parties must attend the status conference. You may arrange to attend by telephone by contacting Court Call at 1-866-582-6878 at least 24 hours prior to the status conference.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR DEFAULT MAY BE ENTERED AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance:    11/3/09



s/ Richard G. Heltzel, Clerk

| | |
|---|---|
| EDC 2-835sA (v.6.08) (Continued) | |
| In re<br>Senior Care Advocates, Inc.<br>                                            Debtor(s). | **Bankruptcy Case No.**<br>09-37259 - C - 7 |
| Joyce Abbott<br>Alberto Aguilar<br>Miguel S. Agustin<br>Mildred Agustin<br>Patricia K. Albertsen<br>Richard Anderson<br>Barbara Anderson<br>Othella L. Anderson<br>Maria V. Andrews<br>Anita T. Armada<br>Maxine G. Bagnall<br>Jack L. Baker<br>Betty J. Baker<br>Eugene R. Balantac<br>Christina T. Balantac<br>Sonia C. Barnes<br>Dolores M. Bartee<br>Frederick Beeson<br>Shirley Beeson<br>Gloria Benjamin Castro<br>Luis Castro<br>Vicki Betteridge<br>Bruce Betteridge<br>James Bonney<br>Vivian M. Morreira<br>Melvin J. Borden<br>Michael Boris<br>Marla Boris<br>Edith Roberta Ann Boucher<br>Velma Bridges<br>Lucy E. Brown<br>Early Boynton<br>Cynthia Boynton<br>Catherine J. Bray<br>John Brekenridge<br>Ruth Brekenridge<br>Shirley Breitmaier<br>Mary E. Brewer<br>Billy D. Brewer<br>Samuel E. Brock<br>Betty Irene Brown<br>Frances H. Brown<br>James D. Gregory<br>Gloria E. Browne<br>Bernard R. Bruce<br>Marilyn A. Buice | **Adversary Proceeding No.**<br>09-02704 - C |

Carol Cambell
Gerard R. Cambell
Mary C. Cambell
Donna M. Cano
Genevieve Patricia Carbine
Dani Carroll
Carlos K. Carvajal
Carolyn S. Carvajal
Dolores A. Castillo
Jesse L. Castillo
James L. Cattermole
Glenna J. Cattermole
Michael J. Chavez
Maria Chavez
Norma K. Chimenti
Joseph D. Clark
Maureen A. Clark
Richard Whitman
Marilyn Yvonn Clark
Donald Coelho
Geraldine Coelho
Rosalyn Coling
Sandra Coling
Agnes M. Cook
Nancy M. Cramblett
Edwin B. Randall
Jessia A. Crandall
David H. Crawford
Henrietta Crawford
Dean M. Crawford
George W. Curtis
Katherine Curtis
Sherril Dale
Erika A. Dasanbiagio
Leanoard A. Davis
Loretta June Davis
Robert Dean
Betty Dean
Frank Deborba
Carlone De Salles
Aurora Deases
Donald A. Dooley
Neland G. Doughty
L. Ardean Doughty
Dolan R. Dunks
Maxine L. Dunks
Donald H. Dupriest
Sharon M. Dupriest
Dixie Edge Sanor
Tina Sanor
Leslie A. Easterday
Gloria Q. Empizo
Eldora G. Enfantino
Sandra Evans

Shirley T. Fairley
Leslie Farinias
Muriel B. Finn
Alice J. Fisher
Jacquie Flecklin
Mildred H. Fong
Irwin W. Fortin
Mary E. Fowler
Benjamine Fraticelli
Marianne Fraticelli
Crisanto E. Gabriel
Harry F. Gallo
Betty A. Gallo
Ruth J. Garcia
Lyle R. Geertson
Shirley A. Geertson
Clyde Gentry
Mildred Gentry
Deborah G. Mattos
Dorothy Gerth
Donna M. Gervais
Barbara E. Giertz
Donald Gillett
Ben M. Goff
Rufina M. Gonden
Theodore F. Graver
Buddie Gran
Elsie Gran
Fred Leroy Greenlee
Lucille B. Greenlee
Annie Grey
Debra Grey
Barbara J. Grieve
Clayton Verne
Claudia Elaine Griffith
Barbara J. Gross
Richard J. Guerrero
Howard N. Hall
Joyce Hall
Rayann D. Hess
Harris M. Hanson
Carl R. Harris
Margaret Harris
Daniel G. Harris
Robert C. Hawes
Mickey Hawes
Betty Hernandez
Ann Hewett
Melvin L. Hiller
Estelle Melody Hiller
Yvonne B. Young
Elizabeth V. Hoberman
Eleanor Holt
Shirley Holt

Lynn E. Horn
Eva M. Humiston
Brucey W. Humphreys
Hazel C. Humphreys
Joan E. Hutchings
Liselotte Immel
Vanda B. Rapinchuk
Barbara Ann Rapinchuk-Ilosky
Dolly Jang
Sam Jang
Cyril Jensen
Betty M. Jones
Elizabeth J. Jones
Dean Jones
Dennis Jones
Sharon Jones
Patricia Jones
Robert Juka
Frank Kanellis
Heidemarie Kanellis
Eva F. Jones
Karolyn S. Karamchandani
Barbara A. Karlin
Sally A. King
Clifford O. Kirby
Rebbeca J. Kirby
Harold L. Koehn
Clara Koch
Bonnie A. Knoedler
Rebecca Krolop
Delbert Kron
Rebecca Kron
Birgitta Kullgrem
John P. Lantsberger
Nira Lantsberger
Carlotta J. Lange
Georgene T. La Porta
Carl Larson
Jean Larson
Bessie Y. Lee
Lisbob R. Leech
Gladys S. Leech
Rosalie D. Lewis
Steve A. Lopez
Elizabeth Linn
Frank Magyar
Ruth Magyar
Sharon Mardian
Jessie Marquez
Cecilia Marquez
Robert Marshall
Judith Marshall
Evelyn A. Mahon
Benjamin P. Manuel

Veneranda V. Manuel
Brian P. Mark
Don E. Mason
Elizabeth I. Mastoras
Nancy Mastoras
Edward B. MacDonnell
Clyde T. McCormick
Betty L. McCormick
Joe McKnight
Patricia E. McKnight
Brian McMahon
Karen McMahon
Frances Marilyn McReynolds
Donald E. Mendenhall
Dorothy D. Mendenhall
Kelly Meredith-Sanders
George Merjil
Lois M. Mignone
Janice E. Mignone
Dilafiruz Miller
Dorothy B. Miller
Richard M. Mills
Mary E. Mills
Douglas Mireski
Gail Mireski
Marvin B. Mitchell
Annette S. Mitchell
Gordon L. Moody
Beverly A. Moody
Beatta L. Moore
Francis E. Moore
Cheryl Z. Moore
Donna J. Moore
Lee Ann Storts
Robert Edgar Morris
Edward Moser
Ingeborg Moser
Albert R. Miller
Robert V. Murphy
Judith A. Murphy
Bill Nealis
Iona Nealis
Robert L. Newberry
Genevieve R. Newberry
Cynthia L. Nelson
Brucey Orser
Susan M. Oriz
Felicitas Apadilla
Richard Parkison
Rachel Parkison
Geary H. Pena
Edmond V. Perryman
Teresa C. Perryman
Barbara J. Peters

Harold R. Pewitt
Betty I. Philiips
Billy C. Phillips
Donald G. Phinney
Julie J. Phinney
Edward Petralli
Shirley Petralli
Betty L. Powell
Geraldine B. Price
Lynnette Purvis
Confesora Quiles
Patricia Ramirez
Alta M. Smithson
Frances Smulowitz
Maurine A. Reagan
William Reals
Rae Passie Reed
Paul Rempen
Gisela M. Rempen
Janice L. Repp
Lydia M. Reyes
Relio Reyna
Susie Reyna
Carrol L. Reyman
Mildred C. Reyman
Geneva Richards
Rachel Rincon
Alec Robinson
Terri Robinson
Earl T. Roider
Russell Rose
Christi Rose
Glenda Y. Chet
Harold Chet
Ross Clarence
Ethel Salazar
Soledad Z. Ruiz
Anna E. Rusinko
Ryokoa Sacket
Percy Samper
Dale Sassman
Donna Sassman
Dorothy Sheller
Roger S. Schneider
Lloyd D. Shroeder
Craig Schultz
Jeanne Schultz
Donald Schwartz
Terry Schwartz
Brian Shiroyama
Peggy J. Selig
Dennis Selig
Concha Silva
Calvin Skaggs

Mildren Skaggs
Donald G. Smith
Joseph E. Sordillo
Dora K. Sordillo
Christina F. Sprong
Charles F. Stephens
Cecil Steppe
Evelyn Steppe
Eileen Steffes
Carolyn Ronals
Ronals Stevenson
Bonnie J. Stout
Angelina Straub
Tom Straub
Maurice Sweatt
Patricia Sweatt
Michael J. Sweeley
Fern A. Thien
Barbara A. Waddle
Donald Tipton
Emma L. Tipton
Donald A. Tomei
Audrey Tomei
Gerardo Torregrosa
T.C. Turner
Margo Ulis
John Ulis
Ernest Vanorder
Judith Vanorder
Alice Vales
Ann Valle
Frank Villasenor
Maria Villasenor
Romeo C. Villegas
Purita B. Villegas
Robert T. Vogel
Robert Voyles
Lois Voyles
Harold Wagner
Anna Wagner
Edith M. Walker
Ethel A. Waterman
Arnold M. Weber
Betty J. Weber
Helen Weber
David Weiler
Guy Whitener
Barbara Whitener
Colin B. Wick
Elden B. Williams
Dolores I. Williams
Roger Williams
Shirley Williams
Lynn Wills

Julianna Teresa Wiseman  
Edwin Wolf  
Nancy Wolf  
Patricia Yu  
Amy B. Zera  
Edna Zissler  
Lois Ormsby Beck  
Viola D. Bruggy  
Merle Burnham  
Robert H. Carrigan  
John E. Chargdin  
Virginia A. Chargdin  
John Cumming  
Eva Cumming  
George Dempsey  
Wilda Dempsey  
Troy M. Haney  
Wanda Smith  
Robert H. Robinson-Hatten  
Lori Jean Robinson-Hatten  
Michael P. Lowry  
Bonnie J. Lowry  
Joseph J. Klein  
Marjorie A. Klein  
Julie J. Madonia  
Veronica Nelson  
Patsy Nelsen  
Jerry Ellis  
Jean Marie Noel  
Barbara Nusbaum  
Kristin Olesen  
Maria E. Osborn  
Myrtle D. Posey  
Jacqueline Sayles  
Richard Slye  
Marion Take-Takemura  
Melroy Teigen  
Marolyn Teigen  
Ronald W. Wilinski  
Kay Wilinski  
Rose Juka  
Vina M. Charter  

                      Plaintiff(s),

v.  
Senior Care Advocates, Inc.

                      Defendant(s).

EDC 2-835sA (v.6.08) (Continued)

| | |
|---|---|
| In re<br>Senior Care Advocates, Inc.<br><br>Debtor(s). | **Bankruptcy Case No.**<br>09-37259 – C – 7 |
| Joyce Abbott<br>et al. *(Complete list of plaintiffs attached)*<br><br>Plaintiff(s),<br>v.<br>Senior Care Advocates, Inc.<br><br>Defendant(s). | **Adversary Proceeding No.**<br>09-02704 – C |

**CERTIFICATION OF SERVICE OF REISSUED SUMMONS AND NOTICE OF STATUS CONFERENCE AND COMPLAINT**

I, the undersigned, certify that I am, and at all times hereinafter mentioned was, not less than 18 years of age and not a party to the above-captioned matter. I further certify that service of the attached Summons and Notice of Status Conference in an Adversary Proceeding and a copy of the complaint was made on _____, by:

___ MAIL SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:


___ PERSONAL SERVICE: By leaving the process with defendant or with an officer or agent of defendant at:


___ RESIDENCE SERVICE: By leaving the process with the following adult at:


___ PUBLICATION: The defendant was served as follows [describe briefly]:


___ STATE LAW: The defendant was served pursuant to the laws of _____, as follows [describe briefly]:


Under penalty of perjury, I declare that the foregoing is true and correct.

_____    _____
Date                                                                Signature

Print Name: _____
Business Address: _____
City, State, Zip: _____

| | |
|---|---|
| EDC 2-835sA (v.6.08) (Continued) | |
| In re<br>Senior Care Advocates, Inc.<br>Debtor(s). | **Bankruptcy Case No.**<br>09-37259 - C - 7 |
| Joyce Abbott<br>Alberto Aguilar<br>Miguel S. Agustin<br>Mildred Agustin<br>Patricia K. Albertsen<br>Richard Anderson<br>Barbara Anderson<br>Othella L. Anderson<br>Maria V. Andrews<br>Anita T. Armada<br>Maxine G. Bagnall<br>Jack L. Baker<br>Betty J. Baker<br>Eugene R. Balantac<br>Christina T. Balantac<br>Sonia C. Barnes<br>Dolores M. Bartee<br>Frederick Beeson<br>Shirley Beeson<br>Gloria Benjamin Castro<br>Luis Castro<br>Vicki Betteridge<br>Bruce Betteridge<br>James Bonney<br>Vivian M. Morreira<br>Melvin J. Borden<br>Michael Boris<br>Marla Boris<br>Edith Roberta Ann Boucher<br>Velma Bridges<br>Lucy E. Brown<br>Early Boynton<br>Cynthia Boynton<br>Catherine J. Bray<br>John Brekenridge<br>Ruth Brekenridge<br>Shirley Breitmaier<br>Mary E. Brewer<br>Billy D. Brewer<br>Samuel E. Brock<br>Betty Irene Brown<br>Frances H. Brown<br>James D. Gregory<br>Gloria E. Browne<br>Bernard R. Bruce<br>Marilyn A. Buice | **Adversary Proceeding No.**<br>09-02704 - C |

Carol Cambell
Gerard R. Cambell
Mary C. Cambell
Donna M. Cano
Genevieve Patricia Carbine
Dani Carroll
Carlos K. Carvajal
Carolyn S. Carvajal
Dolores A. Castillo
Jesse L. Castillo
James L. Cattermole
Glenna J. Cattermole
Michael J. Chavez
Maria Chavez
Norma K. Chimenti
Joseph D. Clark
Maureen A. Clark
Richard Whitman
Marilyn Yvonn Clark
Donald Coelho
Geraldine Coelho
Rosalyn Coling
Sandra Coling
Agnes M. Cook
Nancy M. Cramblett
Edwin B. Randall
Jessia A. Crandall
David H. Crawford
Henrietta Crawford
Dean M. Crawford
George W. Curtis
Katherine Curtis
Sherril Dale
Erika A. Dasanbiagio
Leanoard A. Davis
Loretta June Davis
Robert Dean
Betty Dean
Frank Deborba
Carlone De Salles
Aurora Deases
Donald A. Dooley
Neland G. Doughty
L. Ardean Doughty
Dolan R. Dunks
Maxine L. Dunks
Donald H. Dupriest
Sharon M. Dupriest
Dixie Edge Sanor
Tina Sanor
Leslie A. Easterday
Gloria Q. Empizo
Eldora G. Enfantino
Sandra Evans

Shirley T. Fairley
Leslie Farinias
Muriel B. Finn
Alice J. Fisher
Jacquie Flecklin
Mildred H. Fong
Irwin W. Fortin
Mary E. Fowler
Benjamine Fraticelli
Marianne Fraticelli
Crisanto E. Gabriel
Harry F. Gallo
Betty A. Gallo
Ruth J. Garcia
Lyle R. Geertson
Shirley A. Geertson
Clyde Gentry
Mildred Gentry
Deborah G. Mattos
Dorothy Gerth
Donna M. Gervais
Barbara E. Giertz
Donald Gillett
Ben M. Goff
Rufina M. Gonden
Theodore F. Graver
Buddie Gran
Elsie Gran
Fred Leroy Greenlee
Lucille B. Greenlee
Annie Grey
Debra Grey
Barbara J. Grieve
Clayton Verne
Claudia Elaine Griffith
Barbara J. Gross
Richard J. Guerrero
Howard N. Hall
Joyce Hall
Rayann D. Hess
Harris M. Hanson
Carl R. Harris
Margaret Harris
Daniel G. Harris
Robert C. Hawes
Mickey Hawes
Betty Hernandez
Ann Hewett
Melvin L. Hiller
Estelle Melody Hiller
Yvonne B. Young
Elizabeth V. Hoberman
Eleanor Holt
Shirley Holt

Lynn E. Horn
Eva M. Humiston
Brucey W. Humphreys
Hazel C. Humphreys
Joan E. Hutchings
Liselotte Immel
Vanda B. Rapinchuk
Barbara Ann Rapinchuk-Ilosky
Dolly Jang
Sam Jang
Cyril Jensen
Betty M. Jones
Elizabeth J. Jones
Dean Jones
Dennis Jones
Sharon Jones
Patricia Jones
Robert Juka
Frank Kanellis
Heidemarie Kanellis
Eva F. Jones
Karolyn S. Karamchandani
Barbara A. Karlin
Sally A. King
Clifford O. Kirby
Rebbeca J. Kirby
Harold L. Koehn
Clara Koch
Bonnie A. Knoedler
Rebecca Krolop
Delbert Kron
Rebecca Kron
Birgitta Kullgrem
John P. Lantsberger
Nira Lantsberger
Carlotta J. Lange
Georgene T. La Porta
Carl Larson
Jean Larson
Bessie Y. Lee
Lisbob R. Leech
Gladys S. Leech
Rosalie D. Lewis
Steve A. Lopez
Elizabeth Linn
Frank Magyar
Ruth Magyar
Sharon Mardian
Jessie Marquez
Cecilia Marquez
Robert Marshall
Judith Marshall
Evelyn A. Mahon
Benjamin P. Manuel

Veneranda V. Manuel
Brian P. Mark
Don E. Mason
Elizabeth I. Mastoras
Nancy Mastoras
Edward B. MacDonnell
Clyde T. McCormick
Betty L. McCormick
Joe McKnight
Patricia E. McKnight
Brian McMahon
Karen McMahon
Frances Marilyn McReynolds
Donald E. Mendenhall
Dorothy D. Mendenhall
Kelly Meredith-Sanders
George Merjil
Lois M. Mignone
Janice E. Mignone
Dilafiruz Miller
Dorothy B. Miller
Richard M. Mills
Mary E. Mills
Douglas Mireski
Gail Mireski
Marvin B. Mitchell
Annette S. Mitchell
Gordon L. Moody
Beverly A. Moody
Beatta L. Moore
Francis E. Moore
Cheryl Z. Moore
Donna J. Moore
Lee Ann Storts
Robert Edgar Morris
Edward Moser
Ingeborg Moser
Albert R. Miller
Robert V. Murphy
Judith A. Murphy
Bill Nealis
Iona Nealis
Robert L. Newberry
Genevieve R. Newberry
Cynthia L. Nelson
Brucey Orser
Susan M. Oriz
Felicitas Apadilla
Richard Parkison
Rachel Parkison
Geary H. Pena
Edmond V. Perryman
Teresa C. Perryman
Barbara J. Peters

Harold R. Pewitt
Betty I. Philiips
Billy C. Phillips
Donald G. Phinney
Julie J. Phinney
Edward Petralli
Shirley Petralli
Betty L. Powell
Geraldine B. Price
Lynnette Purvis
Confesora Quiles
Patricia Ramirez
Alta M. Smithson
Frances Smulowitz
Maurine A. Reagan
William Reals
Rae Passie Reed
Paul Rempen
Gisela M. Rempen
Janice L. Repp
Lydia M. Reyes
Relio Reyna
Susie Reyna
Carrol L. Reyman
Mildred C. Reyman
Geneva Richards
Rachel Rincon
Alec Robinson
Terri Robinson
Earl T. Roider
Russell Rose
Christi Rose
Glenda Y. Chet
Harold Chet
Ross Clarence
Ethel Salazar
Soledad Z. Ruiz
Anna E. Rusinko
Ryokoa Sacket
Percy Samper
Dale Sassman
Donna Sassman
Dorothy Sheller
Roger S. Schneider
Lloyd D. Shroeder
Craig Schultz
Jeanne Schultz
Donald Schwartz
Terry Schwartz
Brian Shiroyama
Peggy J. Selig
Dennis Selig
Concha Silva
Calvin Skaggs

Mildren Skaggs
Donald G. Smith
Joseph E. Sordillo
Dora K. Sordillo
Christina F. Sprong
Charles F. Stephens
Cecil Steppe
Evelyn Steppe
Eileen Steffes
Carolyn Ronals
Ronals Stevenson
Bonnie J. Stout
Angelina Straub
Tom Straub
Maurice Sweatt
Patricia Sweatt
Michael J. Sweeley
Fern A. Thien
Barbara A. Waddle
Donald Tipton
Emma L. Tipton
Donald A. Tomei
Audrey Tomei
Gerardo Torregrosa
T.C. Turner
Margo Ulis
John Ulis
Ernest Vanorder
Judith Vanorder
Alice Vales
Ann Valle
Frank Villasenor
Maria Villasenor
Romeo C. Villegas
Purita B. Villegas
Robert T. Vogel
Robert Voyles
Lois Voyles
Harold Wagner
Anna Wagner
Edith M. Walker
Ethel A. Waterman
Arnold M. Weber
Betty J. Weber
Helen Weber
David Weiler
Guy Whitener
Barbara Whitener
Colin B. Wick
Elden B. Williams
Dolores I. Williams
Roger Williams
Shirley Williams
Lynn Wills

Julianna Teresa Wiseman
Edwin Wolf
Nancy Wolf
Patricia Yu
Amy B. Zera
Edna Zissler
Lois Ormsby Beck
Viola D. Bruggy
Merle Burnham
Robert H. Carrigan
John E. Chargdin
Virginia A. Chargdin
John Cumming
Eva Cumming
George Dempsey
Wilda Dempsey
Troy M. Haney
Wanda Smith
Robert H. Robinson-Hatten
Lori Jean Robinson-Hatten
Michael P. Lowry
Bonnie J. Lowry
Joseph J. Klein
Marjorie A. Klein
Julie J. Madonia
Veronica Nelson
Patsy Nelsen
Jerry Ellis
Jean Marie Noel
Barbara Nusbaum
Kristin Olesen
Maria E. Osborn
Myrtle D. Posey
Jacqueline Sayles
Richard Slye
Marion Take-Takemura
Melroy Teigen
Marolyn Teigen
Ronald W. Wilinski
Kay Wilinski
Rose Juka
Vina M. Charter

                                            Plaintiff(s),

v.
Senior Care Advocates, Inc.

                                            Defendant(s).